IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

F I L E D

APR 1 6 2010

In re: ROBERT A BIGGARS ) Case no. 05-60154
CHERYL L BIGGARS ) Chapter 13
)

TRUSTEE'S REPORT TO COURT
OF OUTSTANDING FUNDS

COMES NOW Laurie B. Williams, Standing Chapter 13 Trustee, and reports to the Court that she issued funds in the captioned case for the creditor(s) or debtor(s) listed below, which have either been returned due to an insufficient address, or the check(s) have never been presented to her bank for payment, and more than 60 days have passed since the funds were issued.

| Claim No | Creditor/ Debtor | Amount |
|---|---|---|
| 004 | HSBC MORTGAGE SERVICES | 302.08 |

The case has been completed, therefore the Trustee is turning the funds over to the Clerk of the Bankruptcy Court to be held in the Court Registry. Attached hereto is Trustee check no. 384506, in the amount of $ 302.08, payable to the Clerk of the Bankruptcy Court.

LAURIE B. WILLIAMS, S.CT. 12868
Standing Chapter 13 Trustee
225 N Market Suite 310
Wichita KS 67202
(316) 267-1791

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Trustee's Report To Court Of Undeliverable Funds was deposited in the United States mail, postage prepaid, on 4/15/10, properly addressed to each of the following:

MICHAEL J STUDTMANN
ATTORNEY FOR DEBTOR(S)
6235 W KELLOGG DR
WICHITA KS 67209-2331

Rene Hendricks, Office Administrator